IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JULIA PEARSON,<br><br>   Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>   Defendant. | No. 07-CV-111-LRR<br><br>**ORDER** |

_____

The matter before the court is the United States Magistrate Judge's Report and Recommendation (docket no. 29). Neither party filed objections to the Report and Recommendation within the ten-day period, as required by the Report and Recommendation, Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1)(C). Further, the court finds no plain error in the Magistrate Judge's decision. Accordingly, the court **ADOPTS** the Report and Recommendation. The court **AFFIRMS** Defendant's decision to deny AD&D benefits and **REMANDS** on the issue of the extra accident death benefit relating to seat belt usage for further proceedings as discussed in the Report and Recommendation. The Clerk of Court is directed to **CLOSE THIS CASE**.

  **IT IS SO ORDERED.**

  **DATED** this 28th day of January, 2009.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA